**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ROLANDO PEREZ ORTA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-290-HE |
| | ) | |
| DR. SCARLET GRANT, WARDEN, et al., | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On April 23, 2026, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation, recommending the petition for a writ of habeas corpus under 28 U.S.C. § 2241 be dismissed as moot because of petitioner's removal to Mexico. She advised the parties of their right to object to the Report and Recommendation on or before May 7, 2026. No objection was filed. Consequently, the right to appellate review has been waived. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #10] is **ADOPTED**. The petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED** as **MOOT**. A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this   11ᵗʰ day of May, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE